UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DENARD A. ROWELL,

Plaintiff,

v. Case No. 26-CV-1178

CO MIKULA et al.,

Defendants.

---

**ORDER**

---

Plaintiff Denard A. Rowell is currently housed at the Waukesha County Jail and representing himself in this 42 U.S.C. § 1983 case. On August 24, 2026, the Court screened Plaintiff's amended complaint and dismissed the action. (ECF No. 10.) Judgment was entered the same day. (ECF No. 11.) This matter comes before the Court on Plaintiff's motion to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e).

A Rule 59(e) motion requests that the Court alter or amend the judgment on the basis of a manifest error of law or newly discovered evidence. Fed. R. Civ. P. 59(e). A "manifest error" is not demonstrated by the disappointment of the losing party; it is the wholesale disregard, misapplication, or failure to recognize controlling precedent. *Oto v. Metropolitan Life Ins. Co.*, 224 F.3d 601, 606 (7th Cir. 2000). A motion under Rule 59(e) "must be filed no later than 28 days after the entry of judgment." Fed. R. Civ. P. 59(e).

The Court has reviewed its August 24, 2026, screening order as well as Plaintiff's motion and concludes that there is no basis to alter the decision. Plaintiff's motion amounts to little more than disagreement with the Court's analysis and conclusion. He has not offered any factual or

legal argument to suggest that the Court's August 24, 2026, screening order was in error. Plaintiff has not demonstrated that he is entitled to relief. Therefore, Plaintiff's motion to alter or amend the judgment (ECF No. 12) is **DENIED**.

**SO ORDERED** at Green Bay, Wisconsin on September 8, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge